IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **KIMBERLY SIPES,** as Administrator of the Estate of M.B.S., *Plaintiff - Appellee*, vs. **JOHNNY D. COOPER,** individually and officially; *Defendant-Appellant,* and **MICHAEL FERRARO,** individually and officially; **THE CITY OF MORGANTON,** *Defendants*. | **PLAINTIFF-APPELLEE'S MOTION FOR LEAVE TO FILE CORRECTED BRIEF OF APPELLEE** **RECORD NO. 13-2437** |

Now comes the Plaintiff-Appellee, by and through the undersigned counsel, and moves this Honorable Court for leave to file a corrected brief of Appellee. In support of this motion, counsel presents the following:

1. Appellee's brief was filed and served on March 13, 2014. Upon review of the brief as filed, counsel has noted several typographical errors contained therein.

2. Counsel wishes to file a corrected Appellee's brief to remove and correct the typographical errors.

  3. The corrected brief as proposed by counsel makes no substantive changes to the brief.

  4. This motion is made in good faith and not for the purpose of delay.

Wherefore, Appellee prays that leave to file a corrected brief be granted.

Respectfully submitted this 25th day of March, 2014

        THE SASSER LAW FIRM, P.A.
        Attorneys for Plaintiff

        <u>Charles McB. Sasser</u>
    By: Charles McB. Sasser
        1011 East Morehead Street
        Charlotte, North Carolina 28204
        (704) 342-4200
        Bar No: 10027

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Scott D. MacLatchie
James P. Cooney, III
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1 Wells Fargo Center
301 South College Street
Suite 3500
Charlotte, NC  28202
(704) 331-4980

*Counsel for Appellant*

                                  Charles McB. Sasser
                      By: Charles McB. Sasser
                          1011 East Morehead Street
                          Charlotte, North Carolina  28204
                          (704) 342-4200
                          Bar No: 10027